| | |
|---|---|
| 1 | Austin W. Anderson |
| | WATTS LAW FIRM, LLP |
| 2 | 2506 N. Port Avenue |
| | Corpus Christi, TX 78401 |
| 3 | 1.800.301.2823 |
| | *Attorneys for Plaintiffs,* |
| 4 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** | ) ) ) ) | MDL NO. 1699 |
| | ) | District Judge: Charles R. Breyer |
| This Document Relates To: | ) | |
| *Delia Vera Pena v. Pfizer Inc., et al.* (C-06-0097) | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Dale Richards v. Pfizer Inc., et al.* (C 06 0359) | ) ) ) | |
| *Kathryn E. Adair v. Pfizer Inc., et al.* (3:06-cv-00360-CRB) | ) ) ) | |
| *Joan H. Grimsley v. Pfizer Inc., et al.* (06-3164 CRB) | ) ) ) | |
| *George Carey and Paula Y. Carey v. Pfizer Inc., et al.* (06-3165 CRB) | ) ) ) ) | |
| *Beverly Parr v. Pfizer Inc., et al.* (06-3364 CRB) | ) ) ) | |
| *Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay Carpenter, Deceased v. Pfizer Inc., et al.* (06-3366 CRB) | ) ) ) ) ) | |
| *Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.* (C-06-6005) | ) ) ) ) ) | |
| *Ava Purkey v. Pfizer Inc., et al.* (C-06-6182) | ) ) ) | |
| *Mary Amos v. Pfizer Inc., et al.* (C-06-6259) | ) ) | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) | ) ) ) ) ) |
| *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) | ) ) ) ) ) ) |
| *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) | ) ) ) ) ) |
| *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**